# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY ST., RM. 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & EMAIL**                                                                                           December 18, 2020

Honorable J. Paul Oetken  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

   Re: *United States v. Dominique Green,* 20 Cr. 563 (JPO)

Dear Judge Oetken,

  I submit this letter, on behalf of my client, Dominique Green, requesting a modification of his bail conditions.  Mr. Green would like to travel with his family (including one of the co-signers on his bond) to Puerto Rico for a vacation to celebrate his daughter's birthday, leaving New York on January 8, 2021, and returning on January 12, 2021.  He has not yet booked accommodations or airfare, as he is awaiting the Court's approval.  Should the Court approve this request, counsel will submit a letter providing the Court with information on Mr. Green's hotel booking.

  Both counsel and Mr. Green have conferred with his pretrial services officer and she has no objection to this request, noting that Mr. Green has been compliant with supervision.  We will, of course, provide all necessary detail of Mr. Green's travel to his pretrial services officer.  Counsel has spoken with the Government and they will defer to pretrial services.

  I, therefore, request that the conditions of Mr. Green's pretrial supervision be modified to allow for him to travel to the District of Puerto Rico from January 8 through January 12, 2021.  Thank you for your consideration of this request.

> Granted.
> So ordered.
>  December 18, 2020

Respectfully,

/s/ Ken Womble  
Counsel for Dominique Green

_____  
J. PAUL OETKEN  
United States District Judge

USPTSO Keyana Pompey