# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                                                P  (718) 514 - 9100
20 VESEY STREET, RM 400                                            F  (917) 210 - 3700
NEW YORK, NY 10007                                   WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

December 22, 2020

VIA ECF & EMAIL

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Dominique Green, 20 Cr. 563 (JPO)

Dear Judge Oetken,

Upon receipt of your order granting my client a modification of his bail conditions to allow for his January 2021 travel to Puerto Rico with his family (Dkt. 104), Mr. Green was only able to find flight and travel accommodations for January 9, 2021 through January 13, 2021. Accordingly, I request a modification of the previously granted motion, to allow for Mr. Green to travel to the District of Puerto Rico on January 9 instead of January 8 and return on January 13 instead of January 12.

Respectfully submitted,

*Ken Womble*

Ken Womble
Attorney for Dominique Green

---

Granted
So ordered.
  December 29, 2020

_____
J. PAUL OETKEN
United States District Judge