# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

May 11, 2021

VIA ECF & EMAIL

Honorable J. Paul Oetken  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: *United States v. Dominique Green*, 20 Cr. 563 (JPO)

Dear Judge Oetken,

I submit this letter, on behalf of my client, Dominique Green, requesting a modification of his bail conditions to allow him to travel to North Carolina to visit family. Mr. Green would like to travel to Lumberton, North Carolina, which sits in the Eastern District of North Carolina. He will travel by car, leaving on May 28, 2021 and returning on May 31, 2021.

Counsel and Mr. Greene have conferred and his Pretrial Services Officer and she has no objection to this request, noting that Mr. Green has continued to be compliant with supervision. The Government takes no position, deferring to Pretrial Services.

I, therefore, request that the conditions of Dominique Green's Pretrial supervision be modified to allow him to travel from New York City to Lumberton, North Carolina, leaving on May 28, 2021 and returning on May 31, 2021. Thank you for your consideration of this request.

Granted.  
So ordered.  
May 11, 2021

Respectfully,

*Ken Womble*

Ken Womble  
Counsel for Dominique Green

_____  
J. PAUL OETKEN  
United States District Judge