

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2021

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     United States v. Dominique Green,
                 20 Cr. 563 (JPO)

Dear Judge Oetken:

      The Government writes in advance of the plea in the above-captioned case, which the Court has referred to magistrate court, to respectfully request that the Court make the requisite CARES ACT findings.

      Pursuant to Section 15002(b)(2)(A) of the CARES Act, a plea can be conducted remotely only if the "district judge in a particular case" finds "for specific reasons that the plea . . . in that case cannot be further delayed without serious harm to the interests of justice." Additionally, in order for a plea to occur by telephone conference, the judge must find that "video conferencing is not reasonably available." Because these findings must be made by the District Judge, the Government respectfully requests that the Court make the requisite findings in advance of the proceeding in magistrate court.

      The Government submits that defendant Dominque Green's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice, because, among other things, the defendant has stated an intention to resolve the case by pleading guilty, which would be frustrated by further delay; and the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases.

> The Court hereby finds that the change-of-plea proceeding in this case cannot be further delayed without serious harm to the interests of justice.  The Court further finds that video conferencing is not reasonably available.
>   So ordered.
>   8/16/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:        /s/
     Emily A. Johnson / Kaylan E. Lasky /
     Ashley C. Nicolas
     Assistant United States Attorneys
     (212) 637-2409 / 2315 / 2467

_____
J. PAUL OETKEN
United States District Judge