# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007  

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM  

WWW.ZEMANWOMBLELAW.COM

October 4, 2021

VIA ECF & EMAIL

Honorable J. Paul Oetken  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:   *United States v. Dominique Green*, 20 Cr. 563 (JPO)

Dear Judge Oetken,

I submit this letter, on behalf of my client, Dominique Green, requesting a modification of his bail conditions to allow him to travel to the Orlando, Florida region to visit family over the Thanksgiving holiday. Mr. Green would like to travel to Orlando, Florida, which sits in the Middle District of Florida. He will travel by plane, leaving on November 24, 2021 and returning on November 29, 2021.

Counsel and Mr. Greene have conferred with his Pretrial Services Officer and she has no objection to this request. The Government takes no position, deferring to Pretrial Services.

I, therefore, request that the conditions of Dominique Green's Pretrial supervision be modified to allow him to travel from New York City to the Orlando region of Florida, leaving on November 24, 2021 and returning on November 29, 2021. Thank you for your consideration of this request.

Granted.  
So ordered.  
 October 6, 2021

Respectfully,

Ken Womble

Ken Womble  
Counsel for Dominique Green

J. PAUL OETKEN  
United States District Judge