UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                             :

UNITED STATES OF AMERICA         :

          - v. -                     :        **ORDER**

DOMINIQUE GREEN,                 :        20 Cr. 563 (JPO)

           Defendant.              :

------------------------------------x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Kevin Nathaniel Fox on August 27, 2021;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED:

Dated:    New York, New York
           October 12, 2021

                                               J. PAUL OETKEN
                                               United States District Judge