# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

January 5, 2022

VIA ECF & EMAIL

Honorable J. Paul Oetken  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

    Re:    *United States v. Dominique Green*, 20 Cr. 563 (JPO)

Dear Judge Oetken,

    I submit this letter, on behalf of my client, Dominique Green, requesting a modification of his bail conditions to allow him to travel to the Orlando, Florida region for a family vacation. Mr. Green would like to travel to Orlando, Florida, which sits in the Middle District of Florida. He will travel by plane, leaving on January 15, 2022 and returning on January 19, 2022.

    Counsel and Mr. Greene have conferred with his Pretrial Services Officer and she has no objection to this request. The Government takes no position, deferring to Pretrial Services.

    I, therefore, request that the conditions of Dominique Green's Pretrial supervision be modified to allow him to travel from New York City to the Orlando region of Florida, leaving on January 15, 2022 and returning on January 19, 202. Thank you for your consideration of this request.

Granted.  
So ordered.  
 January 5, 2022

Respectfully,

*Ken Womble*

Ken Womble  
Counsel for Dominique Green

*[signed]*  
J. PAUL OETKEN  
United States District Judge