# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                                                         P  (718) 514 - 9100
20 VESEY STREET, RM 400                                                F  (917) 210 - 3700
NEW YORK, NY 10007                                         WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

February 11, 2022

**VIA ECF & EMAIL**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Dominique Green*, 20 Cr. 563 (JPO)

Dear Judge Oetken:

      I write to respectfully request that Mr. Green's passport be returned to him. Mr. Green was required to surrender his United States passport as a condition of his bond, and his bond is no longer in effect. As such, I request that Mr. Green's passport be returned to him.

      Thank you for your consideration of this request.

> Granted.
> Pretrial Services is hereby directed to release custody of defendant's passport.
> So ordered.
> 2/11/2022

Respectfully submitted,

*Ken Womble*

Ken Womble
Attorney for Dominique Green

_____
J. PAUL OETKEN
United States District Judge